# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                    Chapter 13

                                    Bankruptcy No. 19-10054-ELF

IDELFONSO RODRIGUEZ, JR.

4425 1/2 - 4427 N. LAWRENCE STREET

PHILADELPHIA, PA 19140

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    IDELFONSO RODRIGUEZ, JR.

    4425 1/2 - 4427 N. LAWRENCE STREET

    PHILADELPHIA, PA 19140

**Counsel for debtor(s), by electronic notice only.**
    BRADLY E ALLEN ESQ
    7711 CASTOR AVE

    PHILA, PA 19152-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

                                                      /s/ William C. Miller

Date: 6/5/2019

                                                    _____
                                                    William C. Miller, Esquire
                                                    Chapter 13 Standing Trustee