# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Idelfonso Rodriguez, Jr.**                                                          Case No.  **19-10054/ELF**

Debtor(s)                                                                      Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2019 a copy of Amended Statement of financial Affairs was served electronically or by regular United States mail to the parties listed below.

Idelfonso Rodriguez
4425 1/2 - 4427 N. Lawrence St.
Philadelphia, PA 19104

Electronic mail:

William C. Miller, Ch. 13 Trustee

US Trustee

**/s/ Bradly E. Allen, Esquire**

**Bradly E. Allen
7711 Castor Avenue
Philadelphia, PA 19152
215-725-4242Fax:215-725-8288
bealaw@verizon.net**