# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Idelfonso Rodriguez, Jr.**      Case No. **19-10054/ELF**

Debtor(s)     Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2019 a copy of Amended Chapter 13 Plan was served electronically or by regular United States mail to the parties listed below.

Idelfonso Rodriguez
4425 1/2 - 4427 N. Lawrence St.
Philadelphia, PA 19104

PA Dept of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA  17128-0946

Quantum3 Group
PO Box 788
Kirkland, WA 98083-0788

IRS
PO Box 7346
Philadelphia, PA 19101

US Dept of Education
PO Box 16448
St. Paul, MN  55116-0448

City of Philadelphia
Law Dept. Tax Unit
1401 JFK Blvd.
Philadelphia, PA 19102

Electronic mail:

Kevin G. McDonald
on behalf of PA Housing Finance Agency

Pamela Elchert Thurmond
on behalf of City of Philadelphia

William C. Miller, Ch. 13 Trustee

US Trustee

/s/ Bradly E. Allen, Esquire

**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242 Fax:215-725-8288**
**bealaw@verizon.net**