UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br> IDELFONSO RODRIGUEZ, JR. <br><br> Debtor(s). | ) CHAPTER 13 <br> ) <br> ) <br> ) No. 19-10054/elf <br> ) |

## APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

*Name of applicant* applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is counsel for the debtor.

2. The debtor filed a petition under chapter 13 of the Bankruptcy Code on January 4, 2019..

3. The debtor's annualized current monthly income as set forth on Form B22C is:

    ☐ above median (the amount on line 15 is not less than the amount on line 16)

    ☑ below median (the amount on line 15 is less than the amount on line 16)

4. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5. Applicant requests an award of compensation of $3,000.00 for 12 hours expended in providing the following services: *(Description of Services)*. Initial consultation with client and in providing before confirmation the customary services of counseling and representing the chapter 13 debtor in connection with the analysis of the financial situation; preparation, review and filing with the court of all required documents; correspondence, telephone conversations and miscellaneous contact with the creditors, the trustee, attorneys and other parties in interest; telephone calls and correspondence.

6. Applicant requests reimbursement of expenses in the amount of $310.00 for the following expenses: *(Description of Expenses)*.    Filing fees.

7. The debtor paid Applicant $3,000.00 prior to the filing of the petition

8. A copy of the Applicant's disclosure of compensation pursuant to Fed. R. Bankr. P. 2016(b) is attached hereto as Exhibit "A."

9. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504(c) applies.

WHEREFORE, Applicant requests an award of $3,000.00 in compensation and of $310.00 in reimbursement of actual, necessary expenses.

| | | |
|---|---|---|
| Dated: October 25, 2019 | Signed: | /s/ Bradly E. Allen, Esquire |
| | | Applicant |
| | By: | Bradly E. Allen, Esquire |
| | Name: | Bradly E. Allen |
| | Address: | 7711 Castor Avenue <br> Philadelphia, PA 19152 |
| | Phone No.: | 215-725-4242 |
| | Fax No.: | 215-725-8288 |

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Idelfonso Rodriguez, Jr.**                                                     Case No.   **19-10054/ELF**
                                        Debtor(s)                                         Chapter    **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                                    $         **3,000.00**
    Prior to the filing of this statement I have received                          $         **3,000.00**
    Balance Due                                                                     $            **0.00**

2. The source of the compensation paid to me was:

    ■ Debtor     □ Other (specify):

3. The source of compensation to be paid to me is:

    ■ Debtor     □ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____                    **/s/ Bradly E. Allen, Esquire**
Date                                                **Bradly E. Allen, Esquire 35053**
                                                    *Signature of Attorney*
                                                    **Bradly E. Allen**
                                                    **7711 Castor Avenue**
                                                    **Philadelphia, PA 19152**
                                                    **215-725-4242  Fax: 215-725-8288**
                                                    **bealaw@verizon.net**
                                                    *Name of law firm*

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: **IDELFONSO RODRIGUEZ, JR.**
Debtor(s)

Case No. **19-10054/elf**
Chapter **13**

## ORDER

AND NOW, this _____ day of _____, 2019 it is hereby ORDERED that Bradly E. Allen is approved compensation in the amount of $3,000.00 plus reimbursement of expenses in the amount of $310.00 for a total of $3,310.00 of which $3,000.00 of attorney's fees and $310.00 filing fees was paid by debtor pre-petition.

Dated:

**HONORABLE ERIC L. FRANK**
**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                : CHAPTER 13

    IDELFONSO RODRIGUEZ, JR.                  : NO. 19-10054/elf

**NOTICE OF APPLICATION**

**TO ALL CREDITORS:**

PLEASE TAKE NOTICE that Bradly E. Allen, Esquire has a filed the Application for Compensation and Reimbursement of Expenses with the Clerks Office of the United States Bankruptcy Court for the Eastern District of Pennsylvania located at 900 Market St., Philadelphia, PA 19107. You may obtain a copy of the Application by contacting the undersigned.

PLEASE TAKE FURTHER NOTICE that Objections or responses to the Application must be submitted in writing and filed with the Court within 20 days from the date of this Notice and you must also serve a copy of any Objection or response to debtor's counsel, Bradly E. Allen within 20 days from the date of this Notice.

IF YOU FAIL TO RESPOND TO THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE.

Dated: October 25, 2019                                    **/s/Bradly E. Allen, Esquire**
                                                                               Attorney for Debtor