# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Idelfonso Rodriguez, Jr.**　　　　　　　　　　　　　　　　Case No.  **19-10054/ELF**
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2019 a copy of the Notice of Application for Compensation and Reimbursement of Expenses of Attorney's fee was served electronically or by regular United States mail to the parties listed below.

Idelfonso Rodriguez
4425 1/2 - 4427 N. Lawrence St.
Philadelphia, PA 19104

PA Dept of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA  17128-0946

IRS
PO Box 7346
Philadelphia, PA 19101

City of Philadelphia
Law Dept. Tax Unit
1401 JFK Blvd.
Philadelphia, PA 19102

Electronic mail:

Kevin G. McDonald
on behalf of PA Housing Finance Agency

Leon P. Haller
on behalf of PA Housing Finance Agency

Pamela Elchert Thurmond
on behalf of City of Philadelphia

William C. Miller, Ch. 13 Trustee

US Trustee

　　　　　　　　　　　　　　　　　　**/s/ Bradly E. Allen, Esquire**

　　　　　　　　　　　　　　　　　　**Bradly E. Allen**
　　　　　　　　　　　　　　　　　　**7711 Castor Avenue**
　　　　　　　　　　　　　　　　　　**Philadelphia, PA 19152**
　　　　　　　　　　　　　　　　　　**215-725-4242Fax:215-725-8288**
　　　　　　　　　　　　　　　　　　**bealaw@verizon.net**