**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re: IDELFONSO RODRIGUEZ, JR.

Debtor(s)

Case No. 19-10054/elf

Chapter 13

## ORDER

AND NOW, this 18th day of November, 2019 it is hereby ORDERED that Bradly E. Allen is ALLOWED ~~approved~~ compensation in the amount of $3,000.00 plus reimbursement of expenses in the amount of $310.00 for a total of $3,310.00 of which $3,000.00 of attorney's fees and $310.00 filing fees was paid by debtor pre-petition.

Dated: 11/18/19

HONORABLE ERIC L. FRANK
United States Bankruptcy Judge