**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                                  Chapter 13
IDELFONSO RODRIGUEZ, JR.

                               Debtor               Bankruptcy No. 19-10054-ELF

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: May 6, 2020

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRADLY E ALLEN ESQ
7711 CASTOR AVE

PHILA, PA 19152-

Debtor:
IDELFONSO RODRIGUEZ, JR.

4425 1/2 - 4427 N. LAWRENCE STREET

PHILADELPHIA, PA 19140