**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Idelfonso Rodriguez, Jr. | : | NO. 19-10054/elf |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

Debtor, Idelfonso Rodriguez, Jr., by his counsel Bradly E. Allen has filed a MOTION TO VACATE DISMISSAL AND REINSTATE CHAPTER 13 BANKRUPTCY with the court.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before July 26, 2020 you or your attorney must do <u>all</u> the following:

   (a) file an answer explaining your position at

   U.S. BANKRUPTCY COURT
   Clerks Office, Room 400
   900 Market Street
   Philadelphia, PA  19107

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to the movant's attorney:

   Bradly E. Allen Law Office
   7711 Castor Avenue
   Philadelphia, Pennsylvania  19152
   (215) 725-4242
   (215) 725-8288 (FAX)

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3. A hearing on the motion is scheduled for August 4, 2020 at 1:00 p.m., to be held before the Honorable Eric L. Frank in Courtroom #1, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

      4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: July 10, 2020

                                          s/**Bradly E. Allen**_____
                                            **BRADLY E. ALLEN, ESQUIRE**