**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    Idelfonso Rodriguez, Jr.

: Chapter 13

: NO. 19-10054/elf

**CERTIFICATION OF NO RESPONSE TO
MOTION TO VACATE DISMISSAL AND REINSTATE CHAPTER 13
BANKRUPTCY**

    A Motion to Vacate Dismissal and Reinstate Chapter 13 Bankruptcy and Notice of Hearing for August 4, 2020 at 1:00 pm.was sent on July 10, 2020 to all creditors who filed Claims and to the following parties and none of the parties served have filed a Response to Debtor's Motion :

Idelfonso Rodriguez, Jr.
4425 1/2-4427 N. Lawrence St.
Philadelphia, PA 19104

Electronic mail to:

Kevin G. McDonald
on behalf of PA Housing Finance Agency

Leon P. Haller
on behalf of PA Housing Finance Agency

Pamela Thurmond
on behalf of City Of Philadelphia

William C. Miller, Chapter 13 trustee

US Trustee

                                            s/BRADLY E. ALLEN, ESQUIRE
                                            **BRADLY E. ALLEN,
                                            Attorney for Debtor**

Dated: July 27, 2020