```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania

In re:                                                       Case No. 19-10054-elf
Idelfonso Rodriguez, Jr.                                     Chapter 13
         Debtor                  CERTIFICATE OF NOTICE

District/off: 0313-2         User: ChrissyW           Page 1 of 2            Date Rcvd: Aug 18, 2020
                             Form ID: pdf900          Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2020.
db              Idelfonso Rodriguez, Jr.,    4425 1/2-4427 N Lawrence Street,    Philadelphia, PA  19140
14278122       +ENNSYLVANIA HOUSING FINANCE AGENCY.,    c/o Kevin G. McDonald, Esquire,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14254363       +KML Law Group,    Suite 5000 - BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14254365       +PGW,    800 W. Montgomery Avenue,    Philadelpihia, PA 19122-2806
14287815       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    211 North Front Street,
                 Harrisburg, PA  17101-1406
14254366        U.S. Bank Nat'l Assn/PA Housing Finance,    211 N. Front Street,    P.O. Box 15057,
                 Harrisburg, PA 17105-5057
14341254        U.S. Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 19 2020 04:12:08     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 19 2020 04:11:53     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Aug 19 2020 04:12:08     CITY OF PHILADELPHIA,
                 Tax & Revenue Unit,    1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    Major Tax Litigation Division,
                 Philadelphia, PA  19102-1595
14346879        E-mail/Text: megan.harper@phila.gov Aug 19 2020 04:12:08     CITY OF PHILADELPHIA,
                 c/o PAMELA ELCHERT THURMOND,    City of Philadelphia,
                 Law/Revenue Department, Mun. Serv. Bldg.,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102
14342215       +E-mail/Text: megan.harper@phila.gov Aug 19 2020 04:12:08
                 CITY OF PHILADELPHIA/SCHOOL DISTRICT OF PHILA.,    CITY OF PHILADELPHIA LAW DEPARTMENT,
                 TAX & REVENUE UNIT,    1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
14254361       +E-mail/Text: bnc-bluestem@quantum3group.com Aug 19 2020 04:12:12     Fingerhut,
                 6250 Ridgewood Road,    St. Cloud, MN 56303-0820
14276635        E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 19 2020 04:11:19     IRS,    P. O. Box 7317,
                 Philadelphia, PA 19101-7317
14254364       +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Aug 19 2020 04:12:16
                 PA Department Of Labor & Industry,    651 Boas Street,    Harrisburg, PA 17121-0725
14269303        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 19 2020 04:11:42
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14257739        E-mail/Text: bnc-quantum@quantum3group.com Aug 19 2020 04:11:30
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
14254367       +E-mail/Text: megan.harper@phila.gov Aug 19 2020 04:12:08     Water Revenue Bureau,
                 C/O City Of Phila. Law Department,    1401 JFK Boulevard, 5th Floor,
                 Philadelphia, PA 19102-1663
                                                                                               TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14312761*       IRS,    P. O. Box 7317,    Philadelphia, PA 19101-7317
14254362*       IRS,    P. O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                                Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: ChrissyW            Page 2 of 2                   Date Rcvd: Aug 18, 2020
                              Form ID: pdf900           Total Noticed: 18
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2020 at the address(es) listed below:

```
        BRADLY E ALLEN    on behalf of Debtor Idelfonso  Rodriguez, Jr. bealaw@verizon.net
        KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
         bkgroup@kmllawgroup.com
        LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
         dmaurer@pkh.com;mgutshall@pkh.com
        PAMELA ELCHERT THURMOND    on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
         karena.blaylock@phila.gov
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| IDELFONSO RODRIGUEZ, JR., | : | |
| Debtor | : | Bky. No. 19-10054 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion Requesting that the Court Vacate the Prior Order Dismissing the Bankruptcy Case, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The court's Order dated **May 6, 2020 ( Doc. #57 )** dismissing this bankruptcy case is **VACATED** and the above captioned bankruptcy case is **REINSTATED** effective upon the entry of this Order.

Date: August 18, 2020

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE