## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Idelfonso Rodriguez, Jr.**
Debtor

Case No. **19-10054/ELF**
Chapter **13**

US. BANK NATIONAL ASSOCIATION AS TRUSTEE
FOR THE PA HOUSING FINANCE AGENCY
    Movant

vs.

IDELFONSO RODRIGUEZ, JR.
    Debtor

CHAPTER 13 NO. 19-10054/elf

### RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 OF US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE PA HOUSING FINANCE AGENCY

1. Admittted.

2. Admitted.

3. Denied. The averments in this paragraph are a legal conclusion and which no response is required.

4. Admitted.

5. Admitted.

6. Denied. It is specifically denied that Debtor has not made post-petition mortgage payments from February 2020 through May 2021. To the contrary, debtor has made his post-petition mortgage payments.

7. Denied. The averments in this paragraph are a legal conclusion to which no response is required.

8. Denied. The averments in this paragraph are a legal conclusion to which no response is required.

9. Denied. The averments in this paragraph are a legal conclusion to which no response is required.

10. Denied. The averments in this paragraph are a legal conclusion to which no response is required.

WHEREFORE, Debtor requests that the Motion of U.S. Bank National Association as Trustee for the Pennsylvania Housing Finance Agency for Relief from the Automatic Stay Under Section 362 is denied.

/s/Bradly E. Allen, Esquire
Bradly E. Allen, Esquire
Attorney for Debtor
7711 Castor Ave.
Philadelphia, PA 19152
P-215-725-4242

UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Idelfonso Rodriguez, Jr.  )  Case No. **19-10054/ELF**
)
*Debtor*  )  Chapter **13**

# ORDER

AND NOW, this _____ day of _____, 2021 upon consideration of the Motion for Relief of US Bank National Association as Trustee for the Pennsylvania Housing Finance Agency, the Motion for Relief is hereby denied.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**