# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Idelfonso Rodriguez, Jr.**　　　　　　　　　　　　　Case No. **19-10054/ELF**
　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2021 a copy of Debtor's Response to Motion for Relief of US Bank National Association was served electronically or by regular United States mail to the parties listed below.

Idelfonso Rodriguez
4425 1/2 - 4427 N. Lawrence St.
Philadelphia, PA 19104

Electronic mail:

Kevin G. McDonald
on behalf of PA Housing Finance Agency

Leon P. Haller
on behalf of PA Housing Finance Agency

Rebecca Ann Solarz
on behalf of US. Bank National Association

William C. Miller, Ch. 13 Trustee

US Trustee

　　　　　　　　　　　　　　　　　　　　/s/ Bradly E. Allen, Esquire

　　　　　　　　　　　　　　　　　　　　**Bradly E. Allen**
　　　　　　　　　　　　　　　　　　　　**7711 Castor Avenue**
　　　　　　　　　　　　　　　　　　　　**Philadelphia, PA 19152**
　　　　　　　　　　　　　　　　　　　　**215-725-4242Fax:215-725-8288**
　　　　　　　　　　　　　　　　　　　　**bealaw@verizon.net**