United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 19-10054-elf
Idelfonso Rodriguez, Jr.   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Feb 22, 2022      Form ID: pdf900      Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Idelfonso Rodriguez, Jr., 4425 1/2-4427 N Lawrence Street, Philadelphia, PA 19140 |
| 14278122 | + | ENNSYLVANIA HOUSING FINANCE AGENCY., c/o Kevin G. McDonald, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14254363 | + | KML Law Group, Suite 5000 - BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14254365 | + | PGW, 800 W. Montgomery Avenue, Philadelpihia, PA 19122-2806 |
| 14287815 | + | U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14254366 | | U.S. Bank Nat'l Assn/PA Housing Finance, 211 N. Front Street, P.O. Box 15057, Harrisburg, PA 17105-5057 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 23 2022 04:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 23 2022 04:44:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: megan.harper@phila.gov | Feb 23 2022 04:44:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14346879 | | Email/Text: megan.harper@phila.gov | Feb 23 2022 04:44:00 | CITY OF PHILADELPHIA, c/o PAMELA ELCHERT THURMOND, City of Philadelphia, Law/Revenue Department, Mun. Serv. Bldg., 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102 |
| 14342215 | + | Email/Text: megan.harper@phila.gov | Feb 23 2022 04:44:00 | CITY OF PHILADELPHIA/SCHOOL DISTRICT OF PHILA., CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1617 |
| 14254361 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 23 2022 04:44:00 | Fingerhut, 6250 Ridgewood Road, St. Cloud, MN 56303-0820 |
| 14276635 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 23 2022 04:44:00 | IRS, P. O. Box 7317, Philadelphia, PA 19101-7317 |
| 14254364 | + | Email/Text: ra-li-ucts-bankhbg@state.pa.us | Feb 23 2022 04:44:00 | PA Department Of Labor & Industry, 651 Boas Street, Harrisburg, PA 17121-0725 |
| 14269303 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 23 2022 04:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14257739 | | Email/Text: bnc-quantum@quantum3group.com | Feb 23 2022 04:44:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14341254 | | Email/Text: EDBKNotices@ecmc.org | | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 22, 2022 | Form ID: pdf900 | Total Noticed: 18 |

| | | | Feb 23 2022 04:44:00 | U.S. Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
|---|---|---|---|---|
| 14254367 | + | Email/Text: megan.harper@phila.gov | | |
| | | | Feb 23 2022 04:44:00 | Water Revenue Bureau, C/O City Of Phila. Law Department, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1663 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14254362 | * | IRS, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 14312761 | * | IRS, P. O. Box 7317, Philadelphia, PA 19101-7317 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2022                    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRADLY E ALLEN | on behalf of Debtor Idelfonso Rodriguez Jr. bealaw@verizon.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor US Bank National Association as Trustee Et Al... bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
IDELFONSO RODRIGUEZ, JR.

Chapter 13

Debtor

Bankruptcy No. 19-10054-ELF

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Honorable Eric L. Frank  
Bankruptcy Judge

Dated: 2/22/2022

Kenneth E. West, Trustee  
P.O. Box 40837  
Philadelphia, PA  19107

Debtor's Attorney:  
BRADLY E ALLEN ESQ  
7711 CASTOR AVE

PHILA, PA 19152-

Debtor:  
IDELFONSO RODRIGUEZ, JR.

4425 1/2 - 4427 N. LAWRENCE STREET

PHILADELPHIA, PA 19140